PETER L. SWANO, Plaintiff-Appellee, *v.* JULIA HELEN SWANO, Defendant-Appellant.

(Nos. 55273, 55274 cons.; ▮▮▮▮▮▮

First District—June 1, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Morris L. Simons, of Chicago, for appellant.

No appearance for appellee.